- 1 -

1  Your Name: John Speary
2  Address: PO Box 274, Sausalito CA 94966
3  Phone Number: 925-497-0815
4  Fax Number:
5  E-mail Address: susun@me.com
6  Pro Se Plaintiff

FILED
MAY 06 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV22   2727   DMR

John Speary

Plaintiff,

vs.

City of Sausalito

Defendant.

Case Number [leave blank]

**COMPLAINT**
42 USC 1983, 1985
Violation of Americans Disability Act

DEMAND FOR JURY TRIAL
Yes ☑  No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: John Speary
Address: PO Box 2242, Sausalito, 94966
Telephone:

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: City of Sausalito
Address: 420 Litho Street Sausalito
Telephone:

Defendant 2:
Name: Chris Zapata, City Manager
Address: 420 Litho Street
Telephone:

Defendant 3:
Name: Chief John Rohrbacher
Address: 29 Caledonia Street, Sausalito
Telephone:

Defendant 3:
Name: Lieutenant Stacie Gregory
Address: 29 Caledonia, Sausalito

Janelle Kellman, Mayor of Sausalito
420 Litho Street, Sausalito

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: U_____

Address: _____

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: DOES 1-100 INCLUSIVE

Address: To Be added by leave To Amend

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____
_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [✓] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in __Marin__ County, it should be assigned to the __SF/Oakland__ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

1. ON March 15th they came, The city of Sausalito employees, came to the rent Next to mine to remove all of caroline Calaceto's Possessions as well as the Play structures of their two children

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. IN the space between the two tents were my possessions were - my couch, umbrella my garden pots where I was growing Tomatoes and Cannabis

3. They Never gave me warning they were going to take all of my possessions there. They Just overtly decided to take my couch, umbrella, pots, and soil. My little garden

4. I had bought the couch for $100 because it was great shape. I Need the couch as a reasonable accommodation for my congestive heart failure, Hernia, and chronic Pain

5. I sent the City emails, but they responded saying all of my property was in the Dumpster.

6. I sent emails to Christopher de latorre twice and received No response.

7. Robbie Powelson also sent an email to Him.

8. I spoke with Lieutenant Gregorie and told her why I Needed to keep the couch for my bodily integrity - to rest because of my congestive heart failure.

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

# CLAIMS

## First Claim

(Name the law or right violated: Violation of the First Amendment 42 USC 1983 )

(Name the defendants who violated it: _____)

*Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.. Describe how Defendants actions have violated you exercise of freedom of speech, freedom of press, right to peaceably assemble, and right to petition the government. For example, are Defendants actions forcing you out of your voting precinct. ]*

. The city, by Attempting to enforce City ordinance .6009, is attempting to force me out of my voting precinct in violation of The first Amendment.

. The city's clear intention is to push me out of the city and suppress my Right to vote

The city is violating ~~to associate~~ my Right to Free association with my community in Sausalito where I have lived for over 11 years.

## SECOND CLAIM

. 42 USC 1983 violation of Right to Travel By Not allowing me to leave to camp for extended periods of time, ~~the~~ So I can Pursue occupational Therapy without me losing my only safe campsit the city is making it impossible to travel and feel secure in my temporary home

//

- 6 -

_____3Rd_____ Claim

(Name the law or right violated: Violation of 4th Ament US. Const. 42 USG 1983

(Name the defendants who violated it: _____)

The 4th Amendment of US Constitution States " The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." Describe how DEFENDANTS are seizing your personal property, papers, and affects without due process.____.

1. On March 15th, DEFENDANTS willfully and wantonly violated my 4th amendment Rights by seizing and destroying my property without Notice.

2. I would have been happy to clarify what possessions were mine and which were Carolines - but they gave No warning while I was out doing errands.

3. The city destroyed my Potted Plants, couch, and umbrella that I need for my wellness

8th AMENDMENT

The city is forcing me to sit in a hot van instead of a shaded couch. The citys actions cruel and treat me poorly

- 6 -

_____ **Claim**

(Name the law or right violated: __42 USC 1983 14th AMENDMENT__) (Name the defendants who violated it: __ALL DEFENDANTS__)

____.The Fourth amendment The right of the people to be secure in their **persons**, . Courts have interpreted this to mean their is a fourth amendment right to bodily integrity in that the Government cannot molest or damage your human body. Describe how defendants are physically putting hurting you, putting your life in jeopardy, causing injuring or increasing the risk of injury or death.

1. By Not allowing me a place to sit inside the tennis courts while ignoring my pleas for accomodation ALL DEFENDANTS ARE depriving me of Equal Protection of Law and disparate treatment.

2. even with a couch and umbrella, my campsite will take up less space then most other campsites.

3. The city has provided ERin Schwarz with a ramp for her wheel chair, Phil got cages for his cats, I Just want back what was taken from me - my couch and umbrella.

- 6 -

_____ **Claim**

(Name the law or right violated: __42 USC 1985 - Conspiracy__) (Name the defendants who violated it: __All DEFENDANTS__)

____.The Fourth amendment The right of the people to be secure in their **persons**, . Courts have interpreted this to mean their is a fourth amendment right to bodily integrity in that the Government cannot molest or damage your human body. Describe how defendants are physically putting hurting you, putting your life in jeopardy, causing injuring or increasing the risk of injury or death.

ALL DEFENDANTS ENgaged in a conspiracy to discriminate against me and make life hard to coerce me out of my community and voting precinct.

- 6 -

1       _____ Claim
2   (Name the law or right violated: <u>Americans with Disabilities Act Title II</u>)
3   (Name the defendants who violated it: _____)
4         *The Fourth Amendment States The right of the people to be secure in their persons, houses,*
5   *papers, and effects, against unreasonable searches and seizures, shall not be violated, and no*
6   *warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly*
7   *describing the place to be searched, and the persons or things to be seized. Describe how defendants*
8   *are are unreasonably searching and seizing you property without just cause or due process of*
9   *law.*___. <u>Do to my lose of my couch and</u>
10  <u>shade umbella I now have to sit</u>
11  <u>around in my van in the parking</u>
12  <u>lot, a place where all and any</u>
13  <u>body can walk, drive into which</u>
14  <u>can lead or cause many problems</u>
15  <u>among the outhers there, loud</u>
16  <u>arguments to fights when the police</u>
17  <u>are needed, it can turn into a very</u>
18  <u>depressing place very quickly, not safe</u>
19  <u>for all or any there, I only left for</u>
20  <u>a half a day, they gave me no</u>
21  <u>warning of what they wanted to</u>
22  <u>do, no time to move my stuff, couch,</u>
23  <u>umbella, plant pots, I fear just leaveing</u>
24  <u>over night now knowing I could return</u>
25  <u>and find all my belonging gone.</u>
26  <u>those they keep telling me this</u>
27  <u>is a safe place for me to stay</u>
28  <u>till they find me houseing, it's been</u>
    <u>4 years now they have been telling</u>
    <u>me this, the only truth I've seen is all</u>
    <u>could be gone tomorrow</u>

**DEMAND FOR RELIEF**

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

1. Monetary compensation for destroyed property - $50,000
2. Reasonable Accommodation to have a ~~tent~~ couch, umbrella, and some space for my garden.
3. The ability to leave camp for extended periods of time for employment, ~~and~~ Medical treatment, occupational therapy, etcetera - and be able to return home without the threat of losing my campsite and being exposed to Police terrorism.

**DEMAND FOR JURY TRIAL**

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 5-4-22    Sign Name: John W. Speary
                Print Name: John W. Speary

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]